# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DONALD A. DEAVAULT**                                                                      **PETITIONER**
**Reg #25141-044**

**VS.**              **CASE NO.: 2:12CV00075 BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent T.C. Outlaw. Donald A. Devault's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 21st day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE